

Application GRANTED.  The Clerk of Court is directed to terminate Mr. Murray from this matter and the docket, and to terminate ECF No. 60.

SO ORDERED.

Dated:  October 16, 2024
        New York, New York

Dale E. Ho
United States District Judge

VIA ECF

Hon. Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
(212) 805-0190

**Re:     Zextras S.r.l. v. Synacor, Inc., Case No. 1:23-cv-07937**

Dear Judge Ho:

We are counsel for plaintiff Zextras S.r.l. in the above-referenced matter.  We write pursuant to Local Rule 1.4 to request an order permitting John Thomas Parker Murray to withdraw as counsel on behalf of Zextras s.r.l. in this matter, as Mr. Murray is no longer associated with Moses & Singer LLP. The other attorneys associated with Moses & Singer LLP who have appeared on behalf of Zextras will remain in the case, accordingly no affidavit is required under Local Rule 1.4.  Moreover, we informed Zextras of Mr. Murray's departure and have sent them a copy of this letter motion, so request that the Court excuse the requirements of serving a copy of this letter motion on other parties and provide proof of such service with the Court.

Sincerely,

Toby Butterfield / lcv

Toby Butterfield

TB:lcv

cc:     counsel of record via ECF