UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Zextras S.R.L., | |
|                 Plaintiff, | |
| v. | 23 Civ. 7937 (DEH) |
| Synacor, Inc., | ORDER |
|                 Defendant. | |

DALE E. HO, United States District Judge:

The parties in this matter both seek leave to file motions for summary judgment. See ECF Nos. 66, 67. The requests are GRANTED. Unless otherwise specified below, the parties are directed to file their briefs in accordance with the Court's Individual Rules pursuant to the following schedule:

- Defendant's opening brief (20 pages) is due on November 20, 2024.
- Plaintiff's opening and opposition brief (20 pages) is due on December 6, 2024.
- Defendant's reply (10 pages) is due on December 13, 2024
- Plaintiff's sur-reply (10 pages) is due on December 20, 2024.

SO ORDERED.

Dated: November 6, 2024
       New York, New York

DALE E. HO
United States District Judge